AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky - Southern Division at London

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MICHELLE T. ROSS | ) | Case No.   6:10-cr-32-GFVT |
| 4260 Hwy. 90 | ) | |
| Parkers Lake, KY | ) | |
| 42634 DOB: | ) | |
| SSN: | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **MICHELLE T. ROSS**,
who is accused of an offense or violation based on the following document filed with the court:

X Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21:846 CONSPIRACY TO MANUFACTURE METHAMPHETAMINE
(1)

Date:   6/24/10

City and state:   London, Kentucky

*Leslie G. Whitmer*
*Issuing officer's signature*

By: S/ Sheila Hertz
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*